```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM COURT OF ORIGINAL JURISDICTION IN LABOR LAW; MATTER NO. 48 OF BUENOS AIRES, ARGENTINA: MATTER OF CITIBANK N.A. 1441 MONROE AVENUE, ROCHESTER, NEW YORK 14602 | Misc. Civ. No. 08-MC-6020 CJS |

PLEASE TAKE NOTICE that the United States of America, by its attorneys, Terrance P. Flynn, United States Attorney for the Western District of New York, Christopher V. Taffe, Assistant United States Attorney, of counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves the Court to issue an order dismissing the above-captioned civil action, with prejudice.

DATED: Rochester, New York, June 6, 2008.

TERRANCE P. FLYNN
United States Attorney

BY: /s/
CHRISTOPHER V. TAFFE
Assistant United States Attorney
Western District of New York
620 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760 ext. 2226
christopher.taffe@usdoj.gov

SO ORDERED:

_____
HON. CHARLES J. SIRAGUSA
United States District Judge

June __9__, 2008